THE PEOPLE OF THE STATE OF NEW YORK ex rel. B. P. DUCAS COMPANY, INC., Appellant, against THE STATE TAX COMMISSION, Respondent.

(Submitted November 21, 1932; decided November 29, 1932.)

Motion to amend remittitur denied. (See 260 N. Y. 525.)

MARY G. PULSIFER, Respondent, *v.* HAMILTON McINNES, as Executor of WILLIAM E. PULSIFER, Deceased, Appellant.

(Argued November 21, 1932; decided November 29, 1932.)

*G. J. Rhodius, Jr.,* for motion.
*Hamilton McInnes* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.